**RADIO STATION WSAC et al., Appellants,**

v.

**Byron W. PIRTLE, Sheriff of Hardin County, et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 31, 1958.

**490**

J. Howard Holbert, Elizabethtown, for appellants.

Ordie S. Irwin, Elizabethtown, for appellees.

CLAY, Commissioner.

■■ This is an appeal from a judgment of the Hardin Circuit Court declaring constitutional House Bill 35 (Acts 1958, Chapter 15) which undertook to establish uniform standards of time for Kentucky. This controversy involves the same issues considered in Dawson v. Hamilton, Ky., 314 S.W.2d 532. In that case we adjudged the Act in its entirety to be unconstitutional. That decision is controlling here and requires our reversal of the judgment.

The judgment is reversed.